UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **JADEN BROWN** | ) |
| | ) |
| V. | )   No.2:20-cv-428-NT |
| | ) |
| **Cumberland County et. al.** | ) |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Kristine C. Hanly, Counsel for Plaintiff in the above-captioned matter, and hereby this Honorable Court for leave to withdraw as Counsel for the Plaintiff. In support thereof, Attorney Hanly further states:

1. Attorney Hanly previously entered her appearance in the above-entitled matter.

2. Ms. Brown has since requested that Attorney Hanly withdraw.

3. Ms. Brown has indicated that she has retained Attorney Jeremy Dean to represent her in this matter.

4. Attorney Jeremey Dean has confirmed that he intends to file an entry of appearance on Ms. Brown's behalf.

WHEREFORE, Attorney Hanly prays that this Honorable Court grant her motion for leave to withdraw as Counsel for Plaintiff in this matter.

Dated: June 11, 2021

/s/ Kristine C. Hanly
Kristine C. Hanly, 4500
Attorney forPlaintiff
Kristine@HanlyLaw.com

Hanly Law
1 Union Street, Suite 401
Portland, ME 04101
(207) 699-2278

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2021, I filed the within *Motion to withdraw* via ECF.  I also served a copy of the enclosed motion to Attorney Peter Marchesi via email at peter@wheelerlegal.com and to Jaden Brown via email.

    /s/ Kristine C. Hanly
    Kristine C. Hanly, 4500
    Attorney for Plaintiff
    Kristine@HanlyLaw.com