**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

```
-------------------------------------------------  X
                                                   :
Jaden Brown,                                       :   Civil Action No. 2:20-cv-0478 (NT)
                                                   :
                        Plaintiff,                 :
                                                   :
            – against –                            :
                                                   :
Cumberland County et al.,                          :
                                                   :
                        Defendants.                :
                                                   :
-------------------------------------------------  X
```

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Emily A. Danchuk, Counsel for Plaintiff in the above-captioned matter, and hereby this Honorable Court for leave to withdraw as Counsel for the Plaintiff. In support thereof, Attorney Danchuk further states:

1. Attorney Danchuk previously entered her appearance in the above-entitled action.

2. Attorney Danchuk is presently unable to continue representing Plaintiff in the above-entitled action, however co-counsel Jeremey Dean shall remain as sole counsel for Plaintiff.

3. Attorney Dean was, and continues to be, Plaintiff's lead counsel in the above-entitled action. As such, Plaintiff will suffer no adverse effect to her interests.

4. Plaintiff Jaden Brown has consented to Attorney Danchuk's withdrawal.

WHEREFORE, Attorney Danchuk prays that this Honorable Court grant her motion for leave to withdraw as Counsel for Plaintiff in this matter.

Dated: January 7, 2022                    By:      */s/ Emily A. Danchuk*

Emily A. Danchuk, Esq.
Danchuk Law, LLC
2 Victoria Lane
Falmouth, ME 04105
emily@emilyesquire.com
(207) 747-4135
*Attorneys for Plaintiff Jaden Brown*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR WITHDRAWL AS COUNSEL** was served upon all counsel of record via ECF. A copy was also sent to Plaintiff Jaden Brown via email.

Dated: January 4, 2021

Falmouth, Maine

**DANCHUK LAW, LLC**

By:     */s/ Emily A. Danchuk*
        Emily A. Danchuk, Esq.