## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| ------------------------------------------------------- | X : | |
| Jaden Brown, | : : | Civil Action No. 2:20-cv-0478 (NT) |
| Plaintiff, | : : : | |
| – against – | : : | |
| Cumberland County et al., | : : : | |
| Defendants. | : : : | |
| ------------------------------------------------------- | X | |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES Dmitry Lapin, Counsel for Plaintiff in the above-captioned matter, and hereby prays that this Honorable Court for leave to withdraw as Counsel for the Plaintiff. In support thereof, Attorney Lapin further states:

1. Attorney Lapin previously entered his appearance in the above-entitled action.

2. Attorney Lapin is presently unable to continue representing Plaintiff in the above-entitled action, however co-counsel Jeremey Dean shall remain as sole counsel for Plaintiff.

3. Attorney Dean was, and continues to be, Plaintiff's lead counsel in the above-entitled action. As such, Plaintiff will suffer no adverse effect to her interests.

4. Plaintiff Jaden Brown has consented to Attorney Lapin's withdrawal.

WHEREFORE, Attorney Lapin prays that this Honorable Court grant his motion for leave to withdraw as Counsel for Plaintiff in this matter.

Dated: January 12, 2022		By:	*/s/ Dmitry Lapin*

Dmitry Lapin, Esq.
Danchuk Law, LLC
2 Victoria Lane
Falmouth, ME 04105
dmitry@emilyesquire.com
(207) 464-0099
*Attorneys for Plaintiff Jaden Brown*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing **MOTION FOR WITHDRAWL AS COUNSEL** was served upon all counsel of record via ECF. A copy was also sent to Plaintiff Jaden Brown via email.

Dated: January 12, 2022

Falmouth, Maine

                                                 **DANCHUK LAW, LLC**

                           By:    */s/ Dmitry Lapin*
                                    Dmitry Lapin, Esq.