UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JADEN BROWN,<br><br>      Plaintiff,<br><br>vs.<br><br>CUMBERLAND COUNTY, KEVIN JOYCE, TIMOTHY KORTES, MARK RENNA, SAM DICKEY, DEPUTY BRADY, and DEPUTY HASKELL,<br><br>      Defendants | Civil No. 20-478-NT |

## JOINT RECORD MATERIALS FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The parties hereby submit the following record materials for the purposes of briefing Defendants Motions for Summary Judgment. The parties agree that every exhibit listed here and submitted as part of the Record is a true and correct copy of the document or thing it purports to be, with the exception that information that is subject to the Court's privacy rules or the Confidentiality Order has been redacted.

The parties hereby stipulate for the purposes of the summary judgment filings that the items listed in paragraphs 1 to 12 were marked in more than one deposition and represent true copies of the exhibits marked in each of the depositions indicated in those paragraphs.

Inclusion of a document or thing in the Record does not preclude a party from later objecting to its admissibility on any ground, either in the summary judgment proceedings or any subsequent proceedings. The parties reserve the right to supplement the record at the time of their summary judgment filings.

1. Deposition of Jaden Brown;
2. Affidavit of Jaden Brown;
3. Affidavit of Sam Dickey;

4. Affidavit of Carrie Brady;

5. Affidavit of Dan Haskell;

6. Affidavit of Kevin Joyce;

7. Affidavit of Timothy Kortes (with exhibit);

8. Answers to Plaintiff's First Set of Interrogatories to Defendants Cumberland County, Joyce and Kortes;

9. Defendant Carrie Brady's Objections and Responses to Plaintiff's First Set of Interrogatories;

10. Defendant Daniel Haskell Objections and Responses to Plaintiff's First Set of Interrogatories;

11. Defendant Sam Dickey's Objections and Responses to Plaintiff's First Set of Interrogatories; and

12. Defendants' Disciplinary Records.

Dated: September 30, 2022	Attorneys for Plaintiff
	Jaden Brown
	P.O. Box 4391
	Portland, Maine 04101
	(207) 805-2088
	jwdean@wdlegal.com

	By:	*Jeremy W. Dean*
		Jeremy W. Dean

Dated: September 30, 2022	Attorneys for Defendants Sam Dickey,
	Deputy Carrie Brady, and Deputy Daniel Haskell
	MONAGHAN LEAHY, LLP
	95 Exchange Street, P.O. Box 7046
	Portland, ME 04112-7046
	(207) 774-3906
	jwall@monaghanleahy.com

	By:	*John J. Wall, III*
		John J. Wall, III

Dated: <u>September 30, 2022</u>         Attorneys for Defendants Cumberland County,
                                         Kevin Joyce, and Timothy Kortes
                                         WHEELER & AREY, P.A.
                                         27 Temple Street
                                         Waterville, Maine 04901
                                         (207) 660-9201
                                         peter@wheelerlegal.com


                                   By:   <u>*Peter T. Marchesi*</u>
                                         Peter T. Marchesi

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed **Joint Record Materials for Defendants' Motions for Summary Judgment** using the CM/ECF system, which will provide notice to me and all other counsel of record.

Dated at Portland, Maine this 30th day of September, 2022.

        Attorneys for Attorneys for Defendants Sam Dickey,
        Deputy Carrie Brady, and Deputy Daniel Haskell
        MONAGHAN LEAHY, LLP
        95 Exchange Street, P.O. Box 7046
        Portland, ME 04112-7046
        (207) 774-3906
        jwall@monaghanleahy.com

BY:   *John J. Wall, III*
        John J. Wall, III